IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ZACHARY SMART,

     Appellant,

v.                                                                Case No.  5D23-1540
                                                                 LT Case No. 1994-CF-004630-A
STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed July 18, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Jeb Branham, Judge.

Zachary Smart, Raiford, pro se.

Ashley Moody, Attorney General, and
David Welch, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED. See Fla. R. App. P. 9.315(a).


EISNAUGLE, HARRIS and BOATWRIGHT, JJ., concur.